United States District Court
Southern District of Texas
**ENTERED**
April 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ENELDINA DALILA TOMA-SAMBRANO DE SANDOVAL, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 2:26-CV-00098 |
| FERETI SEMAIA, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's emergency motion to transfer case. (D.E. 11). After review, the Court finds that it lacks jurisdiction because Petitioner is no longer confined in the jurisdiction of the Southern District of Texas. *See id.* at 2; *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004) (explaining habeas jurisdiction lies only in the district of confinement). However, the Court finds that transfer of this action would not be in the interest of justice. That is because, under Southern District of Texas General Order No. 2024-2, an order transferring this case to the United States District Court for the Central District of California would be stayed for 21 days from its date of entry. Accordingly, the Court **DENIES** Petitioner's motion, (D.E. 11), and **DISMISSES** the petition without prejudice for want of jurisdiction, (D.E. 1). The Court makes no findings as to the merits of the petition. Petitioner may refile their petition in the appropriate jurisdiction.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
April 1st, 2026

1 / 1